# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lonnie R. Berryman, Jr., individually and as a representative of the Class,<br><br>Plaintiff,<br><br>v.<br><br>Avantus, LLC,<br><br>Defendant. | Civil Action No. 3:21-cv-01651-VAB<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Lonnie R. Berryman, Jr. ("Plaintiff"), individually and on behalf of the Settlement Class, respectfully moves the Court for final approval of the class action settlement with Defendant Avantus, LLC ("Defendant"). Defendant does not oppose the relief sought in this Motion.

Dated: April 17, 2024

Respectfully submitted,

/s/ Joseph C. Hashmall
E. Michelle Drake*
Joseph C. Hashmall*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
emdrake@bm.net
jhashmall@bm.net

Zachary M. Vaughan*
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, D.C. 20001
T. 202-559-9740
zvaughan@bm.net

*pro hac vice

2

                                                                                  Jeffrey Gentes (ct28561)
                                                                                   CONNECTICUT FAIR
                                                                                   HOUSING CENTER
                                                                                   60 Popieluszko Court
                                                                                   Hartford, CT 06106
                                                                                   (860) 263-0741
                                                                                   (860) 247-4236 (fax)
                                                                                   jgentes@ctfairhousing.org

*Counsel for Plaintiff*